IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**BILLY MACK NICHOLS, JR.,**
**ADC #92713**                                                                                               **PLAINTIFF**

V.                         CASE NO. 2:18-CV-24-KGB-BD

**YANG, et al.**                                                                                             **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.   Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Mr. Nichols is free to file written objections to this Recommendation. Objections must be specific and must include the factual or legal basis for your objection.

To be considered, objections must be received by the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Nichols may waive the right to appeal questions of fact.

**II.   Discussion:**

On February 12, 2018, Billy Mack Nichols, Jr., an Arkansas Department of Correction ("ADC") inmate, filed this action *pro se* under 42 U.S.C. § 1983. (Docket entry #2) Mr. Nichols moved to proceed *in forma pauperis* ("IFP"). (#1) Because of his litigation history, however, Mr. Nichols is not eligible for IFP status in federal court

absent an allegation that he is in imminent danger of serious physical injury.[1] Mr. Nichols did not plead facts to indicate imminent danger, so the Court denied his motion to proceed IFP and ordered him to pay the $400 filing fee within 30 days of February 21, 2018. (#3)

Mr. Nichols filed a Petition for Rehearing (#5) and Affidavit in Support (#6), urging the Court to reconsider his eligibility for IFP status. After reviewing these additional filings, the Court again concluded that Mr. Nichols had not stated facts indicating imminent physical danger. (#7)

To date, Mr. Nichols has not paid the filing fee, as required in the Court's February 21, 2018 Order, and the time for doing so has passed.

## III. Conclusion:

The Court recommends that Mr. Nichols's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's February 21, 2018 Order requiring him to pay the filing fee.

DATED this 27th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Nichols for purposes of determining eligibility for IFP status: *Nichols v. Simpson*, et al., E.D. Ark. Case No. 4:99-cv-743-GTE; *Nichols v. Harrelson*, E.D. Ark. Case No. 4:00-cv-106- JMM; *Nichols v. Harrelson,* et al., E.D. Ark. Case No. 4:99-cv-388-SWW; *Nichols v. Sallings,* et al., E.D. Ark. Case No. 4:99-cv-785-HW.