IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BILLY MACK NICHOLS, JR.
ADC #92713                                                                                    PLAINTIFF

v.                              Case No. 2:18-cv-00024-KGB

YANG, Dentist, *et al.*,                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 9). While plaintiff Billy Mack Nichols, Jr. has filed multiple documents since the Recommended Disposition was filed, he has filed no objections to the Recommended Disposition, and the time to file such objections has passed. Mr. Nichols also has filed no documents that alter Judge Deere's assessment in the Recommended Disposition. After careful consideration of the Recommended Disposition and Mr. Nichols' filings, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id*.). The Court therefore dismisses without prejudice Mr. Nichols' complaint (Dkt. No. 2). The Court also denies as moot Mr. Nichols' pending motions (Dkt. Nos. 10, 12, 13, 14, 15, 16, 17).

It is so ordered, this the 26th day of October, 2018.

                                                  Kristine G. Baker
                                                  United States District Judge