IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BILLY MACK NICHOLS, JR.
ADC #92713                                                                                                                  PLAINTIFF

v.                             Case No. 2:18-cv-00024-KGB

YANG, Dentist, *et al.*,                                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

So adjudged this the 26th day of October, 2018.

_____
Kristine G. Baker
United States District Judge